# UNITED STATES DISTRICT COURT

— for the   Civil Action # _____   **FILED**

SUSAN W. VAUGHAN, an individual
PLAINTIFF,

VS

Shannon Foltz, an Individual; Samantha Hurd,
an individual; Kristen Harris, an individual;
Kathlyn Romm, an individual; Doug Doughtie,
an individual; Ray Matusof, an individual;
Stephanie Ryder, an individual; Melanie Corprew,
an individual; Jay Burrus, an individual; Meader Harriss,
an individual; Amber Davis, an individual; Courtney Hull,
an individual; Officer DOE, an individual;
Dare County; Currituck County;  The Town of Kill Devil
Hills; State of North Carolina;
DOE's 1-10, individuals.

**DEFENDANTS**
*Defendant/Respondent*

**COMPLAINT FOR DAMAGES**
CLAIM 1 - 42 U.S.C. § 1983          AUG 1 5 2016
   Count 1 - Unwarranted Seizure
   Count 2 - Deception in the          JULIE RICHARDS JOHNSTON, CLERK
       Presentation of evidence          US DISTRICT COURT, EDNC
                    BY _____ DEP CLK

   Count 3 - Due Process Violations

CLAIM 2  Lack of Subject Matter Jurisdiction

CLAIM 3 - Monell-Related Claims
   Count 1 -  as to Dare County
   Count 2 - as to Currituck County
   Count 3 - as to Town of Kill Devil Hills
   Count 4 - as to State of North Carolina

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Sum Vaugh_ | Date: _August 10, 2016_ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 680.00 | $ — | $ 700 | $ — |
| Self-employment | $ 817.00 | $ — | $ 1030 | $ — |
| Income from real property *(such as rental income)* | $ 00 | $ — | $ 00 | $ — |
| Interest and dividends | $ 00 | $ — | $ 00 | $ — |
| Gifts | $ 00 | $ — | $ 00 | $ — |
| Alimony | $ 00 | $ — | $ 00 | $ — |
| Child support | $ 00 | $ — | $ 00 | $ — |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 00 | $ — | $ 00 | $ — |
| Disability *(such as social security, insurance payments)* | $ 1020 | $ — | $ 1020 | $ — |
| Unemployment payments | $ 00 | $ — | $ 00 | $ — |
| Public-assistance *(such as welfare)* | $ 00 | $ — | $ 00 | $ — |
| Other *(specify)*: Royalties/Book Puzzle | $ 81 | $ — | $ 15 | $ — |
| Total monthly income: | $ 2568 0.00 | $ — 0.00 | $ 2765 0.00 | $ 0.00 |

2265

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay | |
|---|---|---|---|---|
| Outer Banks Olive oil | | August 2015 - Present | $ 9 HR. | Hours vary |
| Self/Freelance | for Va Pilot Const & Care 2 | June 1991 - Present Feb 2013 to Present | $ — | |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)* no spouse - deceased since 1991

| Employer | Address | Dates of employment | Gross monthly pay | |
|---|---|---|---|---|
| For Care 2 | 245 Shoreline Dr. St 300 Redwood City CA 94065 | Feb 2013 - Present | $ 350 avg | Varies |
| For Virginian Pilot | PO Box 10 Nags Head NC 27959 | June 1991 - Present | $ 362 average mo. | |
| | | | $ | |

4. How much cash do you and your spouse have? $ 30.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Yadkin Bank | Checking | $ 312.05 | $ — |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts,

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | No Lost it because of $ Violations |
| Other real estate (Value) | None $ |
| Motor vehicle #1 (Value) | $ 2840 - |
| Make and year: | VW 2003 |
| Model: | Golf |
| Registration #: | Title 7763810 3 2462907 V-ID 98WBKLIJ8 340 68885 |
| Motor vehicle #2 (Value) In my daughter's √ my name | $ 3460 - |
| Make and year: | VW 2004 |
| Model: | Jetta |
| Registration #: | Title# 7285120429 5 6907 V-IN # 3 WVRK 69M 34 M 130857 |
| Other assets (Value) | none except basic $ |
| Other assets (Value) | none used furniture appliances $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Jennifer Vaughan | daughter | 38 |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | ~~Your spouse~~ daughter |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☑ No | $ 1400 — | $ 300 00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 230 00 | $ — |
| Home maintenance *(repairs and upkeep)* | $ — | $ |
| Food | $ 500 00 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ 200 00 | $ — |
| Transportation *(not including motor vehicle payments)* | $ 50 00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 12 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ 440 | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):*<br>Car tax | $ 5 00 | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify):* Internet | $ 20 00 | $ |
| **Total monthly expenses:** | $ 2431 00 | $ 300 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes ☑ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☐ Yes ☑ No   *only if one will help pro bono which doesn't look promising or one who'll accept minimal payments*

    If yes, how much? $ 25.50

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    *as my complaint explains, my daughter suffered a brain injury & or multiple concussions — Her condition was greatly exascerbated by DSS interference. She is suffering from medical malpractice causing severe protracted benzo-withdrawal. Treatment is & care is costly*

12. Identify the city and state of your legal residence.

    Your daytime phone number: 252-305-9992

    Your age: 65   Your years of schooling: *BA w/some grad work completed UNC-CH School of Public Health*