# UNITED STATES DISTRICT COURT

## for the

)
)
)
Susan Vaughan )
_____ )
*Plaintiff(s)* )
)
DEFENDANTS v. )
Shannon Foltz, an Individual; Samantha Hurd, an individual; )
Kristen Harris, an individual; Kathlyn Romm, an individual; )
Ray Matusko, an individual; Stephanie Ryder, an individual; )
Chuck Lycett, an individual; Melanie Corprew, an individual; )
Jay Burrus, an individual; Officers DOE,1-10, individuals; )
Melissa Turnage, an individual, Kathrine McCarron, an individual. )

Civil Action No. 2:16-cv-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shannon Foltz
c/o Dare County Dept of Social Services
PO Box 669   107 Exeter St
Manteo  NC  27954

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
Wellsvaughan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

**CLERK OF COURT**

*Signature of Clerk or Deputy Clerk*

Date: 11/21/17

Civil Action No. 2:16-cv-61-7L

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

)
)
)
Susan Vaughan )
_Plaintiff(s)_ )
)
**DEFENDANTS** v. )  Civil Action No. 2:16-CV-61-FL
Shannon Foltz, an Individual; Samantha Hurd, an individual; )
Kristen Harris, an individual; Kathlyn Romm, an individual; )
Ray Matusko, an individual; Stephanie Ryder, an individual; )
Chuck Lycett, an individual; Melanie Corprew, an individual; )
Jay Burrus, an individual; Officers DOE, 1-10, individuals; )
Melissa Turnage, an individual, Kathrine McCarron, an individual. )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Samantha Hurd
c/o Currituck County Dept of Social Services
153 Courthouse Rd   Suite 400
Currituck NC 27929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt. 1
Greensboro NC 27405
Wells vaughan @ gmail .com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
**CLERK OF COURT**

Date: 11/21/17

_Signature of Clerk or Deputy Clerk_

Civil Action No. 2:16-CV-61-FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the

Susan Vaughan

*Plaintiff(s)*

v.

DEFENDANTS
Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE,1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.

Civil Action No. 2:16- CV-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kristen Harris
c/o Currituck County Dept of Social Services
153 Courthouse Rd Suite 400
Currituck NC 27929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
Wellsvaughan @ gmail .com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

CLERK OF COURT

Date: 11/21/17

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16-CV-61-FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the

)
)
)
### Susan Vaughan
*Plaintiff(s)*
)
)
)
v.
)
**DEFENDANTS**
Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE,1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.
)
)
)
)
)
)

Civil Action No. 2:16-CV-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kathlyn Romm
306 Puddin Ridge Rd
Moyock NC 27958

or alternate: find address
via Currituck Co
Dept of Social Services
153 Courthouse Rd
Suite 400
Currituck NC 27929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro, NC 27405
Wellsvaughan @gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 11/21/17

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16-CU-61FL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the

Susan Vaughan

*Plaintiff(s)*

v.

**DEFENDANTS**

Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE,1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.

Civil Action No. 2:16-CV-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ray Matusko, Currituck County Clerk of Superior Court
2801 Caratoke Hwy  Po Box 175
Currituck, NC  27929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
Wellsvaughan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

CLERK OF COURT

Date: 11/21/17

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16·cv·61 FL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____      _____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the

)
)
)
)

Susan Vaughan

*Plaintiff(s)*

DEFENDANTS
Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE 1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.

)
)
)
)
)
)
)
)

Civil Action No. 2:16-CV-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stephanie Ryder
former Caseworker Dare DSS
PO 669    107 Exeter St
Manteo NC 27954

Current
Address
unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro Nc 22405
WellsVaughan @ gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr. Clerk

CLERK OF COURT

Date: 11/21/17

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16·cv·61·7L

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                                      *Server's signature*

                                                          _____
                                                                      *Printed name and title*


                                                          _____
                                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

)
)
)
*Susan Vaughan*
)
<u>Plaintiff(s)</u>
)
)
v.
)   Civil Action No.   2:16-cv-61-FL
)
Shannon Foltz, an Individual; Samantha Hurd, an individual;   )
Kristen Harris, an individual; Kathlyn Romm, an individual;   )
Ray Matusko, an individual; Stephanie Ryder, an individual;   )
Chuck Lycett, an individual; Melanie Corprew, an individual;   )
Jay Burrus, an individual; Officers DOE,1-10, individuals;   )
Melissa Turnage, an individual, Kathrine McCarron, an individual.   )

<u>DEFENDANTS</u>          **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Chuck Lycett
c/o Dare County Dept. of Social Services
PO Box 669     107 Exeter St
Manteo NC 27954

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
Wellsvaughan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
**CLERK OF COURT**

Date: ___11/21/17___                    _____
                                        *Signature of Clerk or Deputy Clerk*

Civil Action No. &:16·CV·61-FL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the

Susan Vaughan
*Plaintiff(s)*

DEFENDANTS      v.
Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE, 1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.

Civil Action No.  2:16-cv-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Melanie Corprew
c/o Beaufort County Dept of Social Services
632 W. Fifth St
Washington NC 27889

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

CLERK OF COURT

Date: 11/21/17

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16·CV·61·FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Susan Vaughan | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:16-cv-61-FL |
| **DEFENDANTS** | ) |
| Shannon Foltz, an Individual; Samantha Hurd, an individual; | ) |
| Kristen Harris, an individual; Kathlyn Romm, an individual; | ) |
| Ray Matusko, an individual; Stephanie Ryder, an individual; | ) |
| Chuck Lycett, an individual; Melanie Corprew, an individual; | ) |
| Jay Burrus, an individual; Officers DOE,1-10, individuals; | ) |
| Melissa Turnage, an individual, Kathrine McCarron, an individual. | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jay Burrus
c/o Dare County Dept of Health
PO Box 669   109 Exeter St
Manteo NC 27954

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
WellsVaughan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr. Clerk
**CLERK OF COURT**

Date: 11/21/17

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16-CV-61-FL

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                      *Server's signature*

                                       _____
                                                      *Printed name and title*


                                       _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the

Susan Vaughan
_____
*Plaintiff(s)*

v.

DEFENDANTS
Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE,1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. **2:16-cv-61-FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Melissa Turnage
C/o Dare County Dept. of Social Services
PO Box 669     107 Exeter St
Manteo NC 27954

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
Weilsvaughan @gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
**CLERK OF COURT**

Date: **11/21/17** _____
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:16·cv·61·FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*

                                                   _____
                                                         *Printed name and title*


                                                   _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

*Susan Vaughan*

_____
*Plaintiff(s)*

**DEFENDANTS**
Shannon Foltz, an Individual; Samantha Hurd, an individual;
Kristen Harris, an individual; Kathlyn Romm, an individual;
Ray Matusko, an individual; Stephanie Ryder, an individual;
Chuck Lycett, an individual; Melanie Corprew, an individual;
Jay Burrus, an individual; Officers DOE 1-10, individuals;
Melissa Turnage, an individual, Kathrine McCarron, an individual.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:16-CV-61-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Katherine McCarron
c/o Dare County Dept of Social Services
107 Exeter St        PO Box 669
Manteo NC 27954

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Vaughan
613 Fifth Ave, Apt 1
Greensboro NC 27405
wellsvaughan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr. Clerk

*CLERK OF COURT*

Date: 11/21/17                              _____
                                           *Signature of Clerk or Deputy Clerk*

Civil Action No. 2.16.CV.61.FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                       _____
                                                    *Printed name and title*


                                       _____
                                                    *Server's address*

Additional information regarding attempted service, etc: