IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:16-cv-61-FL

| | |
|---|---|
| SUSAN W. VAUGHAN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SHANNON FOLTZ an individual, ) | |
| SAMANTHA HURD an individual, ) | |
| KRISTEN HARRIS an individual, ) | |
| KATHLYN ROMM an individual, ) | |
| DOUG DOUGHTIE an individual, ) | |
| RAY MATUSKO an individual, ) | |
| STEPHANIE RYDER an individual, ) | |
| CHUCK LYCETT an individual, ) | |
| MELANIE CORPREW an individual, ) | |
| HON. ROBERT TRIVETTE an individual, ) | |
| JAY BURRIS an individual, ) | |
| HON. AMBER DAVIS an individual, ) | |
| OFFICER DOE an individual, ) | |
| HON. EULA REID an individual, ) | |
| DARE COUNTY, CURRITUCK ) | |
| COUNTY, KILL DEVIL HILLS, ) | |
| DOES 1-10 individuals, ) | |
| MELISSA TURNAGE an individual, ) | |
| and KATHERINE MCCARRON ) | |
| an individual, ) | |
| Defendants. ) | |

FOR THE reasons cited in defendants' motion, defendants are relieved of the obligation to conduct the Rule 26(f) conference, and all dispositive motions must be filed by April 6, 2018.

IT IS SO ORDERED, this 20th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE