IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CV-61-FL

| | | |
|---|---|---|
| SUSAN W. VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANNON FOLTZ an individual, SAMANTHA HURD an individual, KRISTEN HARRIS an individual, KATHLYN ROMM an individual, RAY MATUSKO an individual, STEPHANIE RYDER an individual, CHUCK LYCETT an individual, MELANIE CORPREW an individual, JAY BURRUS an individual, DOES 1-10 individuals, MELISSA TURNAGE, KATHERINE MCCARRON, OFFICER MIKE SUDDUTH, and OFFICER CARL WHITE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motions to amend/correct judgment (DE 178) and for discovery (DE 179). The motion to amend/correct is DENIED for the reasons stated in the court's October 18, 2022, order, and the related motion for discovery is DENIED as moot. In addition, where this case has been closed more than four years, the court's judgment was affirmed on direct appeal, the Supreme Court denied plaintiff's petition for writ of certiorari, and plaintiff has not established grounds for vacating the judgment under Federal Rule of Civil Procedure 60, the clerk shall not accept any further filings in this case, with the exception of a notice of appeal of this order.

SO ORDERED, this the 6th day of June, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge