CLERK'S OFFICE
**UNITED STATES DISTRICT COURT**
P.O. BOX 25670
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA 27611

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RALEIGH NC 275
21 JUN 2023 PM 2

US POSTAGE ᵀᴹ PITNEY BOWES
ZIP 27601
02 4W
$ 000.60⁰
0000388832 JUN. 21. 2023

**RECEIVED**
JUN 27 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Susan W. Vaughan
613 Fifth Ave
Apt 1
Greensboro, NC 27405

NIXIE            274   FE 1           0006/25/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 27611567070      *9759-01271-21-41

Case 2:16-cv-00061-FL   Document 181   Filed 06/28/23   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CV-61-FL

| | |
|---|---|
| SUSAN W. VAUGHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANNON FOLTZ an individual, ) <br> SAMANTHA HURD an individual, ) <br> KRISTEN HARRIS an individual, ) <br> KATHLYN ROMM an individual, RAY ) <br> MATUSKO an individual, STEPHANIE ) <br> RYDER an individual, CHUCK LYCETT ) <br> an individual, MELANIE CORPREW an ) <br> individual, JAY BURRUS an individual, ) <br> DOES 1-10 individuals, MELISSA ) <br> TURNAGE, KATHERINE ) <br> MCCARRON, OFFICER MIKE ) <br> SUDDUTH, and OFFICER CARL ) <br> WHITE, ) <br> ) <br> Defendants. ) | ORDER |

This matter is before the court on plaintiff's motions to amend/correct judgment (DE 178) and for discovery (DE 179). The motion to amend/correct is DENIED for the reasons stated in the court's October 18, 2022, order, and the related motion for discovery is DENIED as moot. In addition, where this case has been closed more than four years, the court's judgment was affirmed on direct appeal, the Supreme Court denied plaintiff's petition for writ of certiorari, and plaintiff has not established grounds for vacating the judgment under Federal Rule of Civil Procedure 60, the clerk shall not accept any further filings in this case, with the exception of a notice of appeal of this order.